UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARLOS RAMIREZ-MONTOYA,<br><br>   Petitioner,<br><br> v.<br><br>MICHAEL T. ROSE, Acting Field Office Director of Enforcement and Removal Operations, Philadelphia Field Office, Immigration and Customs Enforcement; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; PAMELA BONDI, U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; CRAIG A. LOWE, Warden of PIKE COUNTY JAIL,<br><br>   Respondents. | CIVIL ACTION NO. 3:25-CV-02411<br><br>(MEHALCHICK, J.) |

## ORDER

**AND NOW**, on this 22nd day of December 2025, for the reasons set forth in the Memorandum Opinion concurrently filed herewith, **IT IS HEREBY ORDERED** that Petitioner Carlos Ramirez-Montoya's ("Ramirez-Montoya") petition for writ of habeas corpus (Doc. 1) is **GRANTED**. Respondent, Craig A. Lowe ("Lowe") is **ORDERED** to release Ramirez-Montoya from custody at the Pike County Correctional Facility. Lowe is also permanently enjoined from re-detaining Ramirez-Montoya under § 1225(b)(2)(A). Ramirez-Montoya may move to reopen this matter if Lowe seeks to detain him under § 1226(a) and fails to schedule a timely bond hearing.

              BY THE COURT:

              *s/ Karoline Mehalchick*
              **KAROLINE MEHALCHICK**
              **United States District Judge**